BILL KINKEAD
Attorney for Debtors
6937 S. Bell, Suite G
Amarillo, Texas 79109
(806) 353-2129
Fax (806) 353-4370

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

IN RE:

| | |
|---|---|
| WHEELER HOSPITALITY, INC. | CASE NO. 10-20166-rlj11 |
| PERRYTON HOSPITALITY, INC. | CASE NO. 10-20167-rlj11 |
| BORGER PROPERTIES, INC. | CASE NO. 10-20168-rlj11 |
| CHILDRESS HOSPITALITY, L.P. | CASE NO. 10-20169-rlj11 |
| BORGER HOSPITALITY, INC. | CASE NO. 10-20170-rlj11 |
| DECATUR HOSPITALITY, INC. | CASE NO. 10-20171-rlj11 |

Debtors

## MOTION FOR JOINT ADMINISTRATION

Come now WHEELER HOSPITALITY, INC., PERRYTON HOSPITALITY, INC, BORGER HOSPITALITY, INC., CHILDRESS HOSPITALITY, L.P., BORGER HOSPITALITY, INC., AND DECATUR HOSPITALITY, INC., the debtors in possession in the above-styled Chapter 11 cases (the "Debtors"), requesting that their cases be jointly administered and for cause would show as follows:

1. On March 12, 2010, voluntary petitions for relief were filed by the debtors in the above-captioned cases.

2. No trustee has been appointed in any of the cases and the debtors are each operating as debtors in possession.

3. Each of the cases are substantially related in that the debtors have for the most part the same equity interest holders, the same bank, trade and lien creditors, and are each involved in litigation against the same parties.

4. The joint administration of the Debtors' Chapter 11 cases will permit the Clerk of

the Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates. The Debtors anticipate that numerous notices, applications, motions, other pleadings, hearings, and orders in these cases will affect many or all of the Debtors. Joint administration will save time and money and avoid duplicative and potentially confusing filings, by permitting counsel for all parties in interest to (a) use a single caption on the numerous documents that will be served and filed herein and (b) file the papers in one case rather than six. Joint administration will also protect parties in interest by ensuring that parties in interest in each of the Debtors' respective Chapter 11 case to be apprised of the various matters before the Court in all of these cases.

5. In addition, the Debtors request that the official caption to be used by all parties in all pleadings in the jointly administered cases be in the Court's approved form.

6. The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these cases inasmuch as the relief sought is purely procedural and is in no way intended to affect substantive rights, and each creditor and other party in interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or right. Indeed, the rights of all creditors will be enhanced by the reduction in costs resulting from joint administration. The Court also will be relieved of the burden of entering duplicative orders and keeping duplicative files. Finally, supervision of the administrative aspects of the Chapter 11 cases by the Office of the United States Trustee will be simplified.

7. No previous request for the relief sought in this Application has been made to this Court or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter an order of joint administration and grant such other and further relief as is just and proper.

Dated: 03/15/2010                                   Respectfully Submitted

                                                    **/s/ Bill Kinkead_____**
                                                    Bill Kinkead
                                                    Attorney for Debtors
                                                    6937 Bell Suite G
                                                    Amarillo, Texas   79109
                                                    (806) 353-2129
     ----                                           Fax (806) 353-4370

# CERTIFICATE OF SERVICE

This is to certify that on this 15th day of March, 2010, a true and correct copy of the foregoing instrument was served upon the parties listed below by depositing same in the United States Mail, first class, postage prepaid, and addressed as stated, by EMAIL or by ECF.

**ECF:**

David M. Jones on behalf of Creditor Harish L. Patel and Preyesh Kumar
bankruptcy.docs@sprouselaw.com

UST U.S. Trustee
ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

**MAIL:**

None

**EMAIL:**

See Attached Notice List

                                                      **/s/ Bill Kinkead**
                                                      Bill Kinkead
                                                      Attorney for Debtors

# NOTICE LIST

**Harish Patel**
**Toli, Inc.**                                    email:  **toliinc@gmail.com**
**1424 Riverside Road**
**Roanoke, Texas  76262**
**(817) 688-6762**

**Preyesh Kumar**
**411 Ave, F NW**                                 email:  **preyeshkumar@hotmail.com**
**Childress, TX  79201**

**Attorneys – Shareholders:**        **David Jones**
                                     email: david.jones@sprouselaw.com

                                     **John Massouh**
                                     email: john.massouh@sprouselaw.com

                                     **Harley Caudle**
                                     email: harley.caudle@sprouselaw.com

**Debtors:**
**Wheeler Hospitality, Inc.**
**Perryton Hospitality, Inc.**
**Childress Hospitality LP**
**Borger Hospitality, Inc.**
**Decatur Hospitality, Inc.**
**Borger Properties, Inc.**

**Attorney:  Bill Kinkead**
**Kinkead Law Offices**
**6937 South Bell, Suite G**                      email:  **bkinkead713@hotmail.com**
**Amarillo, TX  79109**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## BANKS

**Citizens Bank – Shamrock**
**Contact:  Kelley Livingston  SVP**
**711 North Main**
**Shamrock, TX  79079**                           email:  **klivingston@bankoncitizens.com**

**Attorney:  Michael Hicks
Mullin Hoard & Brown
1500 Broadway St., Suite 700
P.O. Box 2585
Lubbock, TX  79408-2585**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Citizens National Bank – Childress
Contact:  Chad Holland
501 Avenue F.N.W.
Childress, TX  79201**			email:  <cholland@obtinc.com>

**Attorney:  Gabe Herald (in house)
Olney Bancshares of Texas, Inc.**		email:  <Gabe.Herald@ubokc.com>
**10900 Hefner Pointe Drive Ste 300
Oklahoma City, OK  73120**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**West Texas State Bank
Contact:  Mark Williamson
1901 26th St., P.O. Box 1396
Snyder, TX  79549**

**Attorney:  Myrtle McDonald
Jones, Flygare, Brown & Wharton
1600 Civic Center Plaza**			email:  <myrtle.mcdonald@jonesflygare.com>
**P.O. Box 2426
Lubbock, Texas  79408-2426**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Interstate Bank
Contact:  Mark Marrs
5085 S. Coulter St.
Amarillo, Texas  79119**			email:  <mmarrs@interstatebankssb.com>

**Attorney:  Don Sunderland
Mullin, Hoard & Brown
500 S. Taylor, Suite 800**			email:  <dsunderl@mhba.com>
**P.O. Box 31656
Amarillo, TX  79120-1656**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**National Bank of Commerce**
**Contact:  F.C. "Sonny" Hilburn, VP**
**P.O. Box 590**
**Shamrock, TX  79079**

**Attorney:  Tom Bunkley**
**Barras & Bunkley**
**724 S. Polk, Suite 710**          email:  **bunkley41@hotmail.com**
**P.O. Box 9175**
**Amarillo, TX  79105-9175**

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**Litigation Counsel:**

**Kirk Crutcher**
**Mayfield Crutcher, & Sharpee**
**320 S. Polk, Suite 400**          email:  **kcrutcher@mcs-law.com**
**Amarillo, Texas  79101-1425**


**J. Randal Bays**
**Bays & Bays**
**1503 Hailey**                     email: **randy@baysandbays.com**
**Conroe, Texas  77301**