

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 20, 2010** **United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

IN RE:

| | |
|---|---|
| WHEELER HOSPITALITY, INC. | CASE NO. 10-20166-rlj11 |
| PERRYTON HOSPITALITY, INC. | CASE NO. 10-20167-rlj11 |
| BORGER PROPERTIES, INC. | CASE NO. 10-20168-rlj11 |
| CHILDRESS HOSPITALITY, L.P. | CASE NO. 10-20169-rlj11 |
| BORGER HOSPITALITY, INC. | CASE NO. 10-20170-rlj11 |
| DECATUR HOSPITALITY, INC. | CASE NO. 10-20171-rlj11 |

Debtors

**ORDER REGARDING FILING OF PLEADINGS AND**
**DIRECTING JOINT ADMINISTRATION OF CASES**

The Court, having considered the matter of administering the above captioned cases, makes these findings of facts and conclusions of law. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. ' 1334 and 157, and 11 U.S.C. ' 105. Notice of the Motion was adequate and appropriate under the circumstances. Joint administration of the Debtors' cases is appropriate pursuant to Rule 1015(b) and (c) of the Federal Rules of Bankruptcy Procedure. An order of joint administration would serve judicial economy. It is in the best interests and without prejudice to the rights of the Debtors' estates, creditors, and other parties-in-interest. It is hereby

**ORDERED,** that the above captioned cases be and hereby are, jointly administrated by this Court for procedural purposes only and shall not be a substantive consolidation of the respective estates; and it is further

**ORDERED**, that in the event these cases have been assigned to separate judges, all cases shall be transferred to the judge assigned to the lead case; and it is further

**ORDERED** that all orders, pleadings, papers and documents, except proofs of claims, shall be filed and docketed in case number **10-20166-rlj11** (the "Lead Case"); and it is further

**ORDERED** that all proofs of claims shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate; and it is further

**ORDERED** that all pleadings, papers, and documents, except proofs of claim, filed in the jointly administered cases shall bear the caption of the jointly administered cases and shall be listed as shown in Exhibit A (attached); and it is further

**ORDERED** that if pleadings, papers, and documents have been filed in any of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the Bankruptcy Clerk's Office shall re-file that pleading, paper, or document in the Lead Case within 3 business days of the entry of this Order, and it is further

**ORDERED** that the Attorney for the Debtors shall serve a copy of this order on the United States Trustee, all creditors, persons filing Notices of Appearance, and other parties-in-interest, and shall file a certificate of service with the Clerk of Court after completing service of this; and it is further

**ORDERED** that the Attorney for the Debtors shall file with the Clerk of Court in case number 10-20166-rlj11 a master service list of all creditors, persons filing Notices of Appearance, and all parties-in-interest in the jointly administered cases in the form prescribed by Local Bankruptcy Rule 1007.2.

###End of Order###

PREPARED BY:
Bill Kinkead, TSBN: 11477400
Attorney for Debtors
6937 S. Bell, Suite G
Amarillo, TX 79109
Tel (806) 353-2129
Fax (806) 353-4370
**bkinkead713@hotmail.com**

# EXHIBIT A

| In Re:<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: ______________________________<br><br>Jointly Administered Under<br>Case No.: ______________________________ |
|---|---|---|